A. E. THOMPSON, Appellee, v. FREDERICKSON & HEFNER, Appellants.

Appeal: NO ERRORS ASSIGNED: DISMISSAL.

*Appeal from Woodbury District Court.*—HON. SCOTT M. LADD, Judge.

THURSDAY, FEBRUARY 2, 1893.

THIS is an action at law to recover the proceeds of the sale of certain cattle which the plaintiff's assignor shipped to Chicago, in the name of the defendants. The defense was that the said money was not due to the plaintiff, because it was held by the defendants as the cash payment upon another lot of cattle purchased by plaintiff's assignor from the defendants. There was a trial by jury, verdict and judgment for the plaintiff and the defendants appeal.—*Dismissed.*

*Lawrence & Quick,* for appellants.

*L. Van Olst,* for appellee.

ROTHROCK, J.—When the cause was submitted to this court there was a motion to dismiss the appeal submitted and taken with the case. The motion appears to have been properly served on the appellants and it was filed in this court on the twenty-first day of December, 1891. One ground of the motion is that "no assignment of errors is set out in the appellant's abstract, or in any paper or pleading filed, or of record, in this cause, as required by section 3207 of the Code of Iowa." The motion must be sustained. There is no assignment of errors of record, and, under the provisions of sections 3183 and 3207, we are required to dismiss the appeal. DISMISSED.